**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor



Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Case No. 19-23654 |
| Daren Lopusnak | |
| Deborah A. Schiffman-Lopusnak | : Judge Vincent F. Papalia |
| | : Chapter 13 |
| | : Hearing Date: October 3, 2019 at 8:30 A.M. |

_____
**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION**
_____

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: October 2, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Daren Lopusnak
Deborah A. Schiffman-Lopusnak
Page 2
Case No. 19-23654-VFP

_____

      Upon Secured Creditor, Masonicus Run Condominium Association, Inc,'s Objection to Confirmation (Doc. No. 16)

**IT IS HEREBY ORDERED that**:

1.    Debtor shall pay the arrears to Masonicus Condominium Association, Inc. in the amount of $6,041.11 according to Secured Creditor's Proof of Claim No. 7 through the Chapter 13 Plan.

2.    Debtor shall also pay attorney fees in the amount of $1,000.00 to Secured Creditor's Counsel through the Chapter 13 Plan.

3.    Debtor agrees to tender the monthly post-petition maintenance fees to Masonicus Condominium Association, Inc. directly outside of the Chapter 13 Plan.

4.    This Order hereby resolves the Secured Creditor's Objection to Confirmation (Doc. No. 16).

5.    This Order is hereby incorporated into any Order Confirming Chapter 13 Plan.