Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−23654−VFP
                          Chapter:  13
                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daren Lopusnak                                         Deborah A. Schiffman−Lopusnak
   705 Desimone Court                           aka Deborah A. Schiffman, aka Deborah A.
   Ramsey, NJ 07446                              Lopusnak, aka Debbie A. Schiffman
                                                          705 Desimone Court
                                                          Ramsey, NJ 07446

Social Security No.:
   xxx−xx−8405                                        xxx−xx−5234

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on October 11, 2019.

    On 10/1/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                   November 5, 2020
Time:                  08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 2, 2020
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Daren Lopusnak  
Deborah A. Schiffman-Lopusnak  
    Debtor(s)

Case No. 19-23654-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: 185 | Total Noticed: 63 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren Lopusnak, Deborah A. Schiffman-Lopusnak, 705 Desimone Court, Ramsey, NJ 07446-2807 |
| 518350535 | + | AFS LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518350536 | + | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350544 | + | AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422-0287 |
| 518350546 | + | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 518350542 | + | Allergy Asthma Comprehensive Care, 541 Cedar Hill Ave, Wyckoff, NJ 07481-2150 |
| 518428624 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518350558 | + | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518350561 | + | CTECH COLL, ATTN: BANKRUPTCY DEPARTMENT, 5505 NESCONSET HWY, SUITE 200, MOUNT SINAI, NY 11766-2026 |
| 518452970 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518350553 | + | City Medical of Upper East Side, PO BOX 117091, Atlanta, GA 30368-7091 |
| 518350556 | + | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350605 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518350562 | + | Dianon Pathology, PO BOX 2240, Burlington, NC 27216-2240 |
| 518350563 | + | Ent & Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518350564 | + | Garden State Orthopaedic Associates, 28-04 Broadway, Fair Lawn, NJ 07410-3920 |
| 518350565 | + | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350568 | + | Kessler Institute for Rehabilitation, PO BOX 826775, Philadelphia, PA 19182-6775 |
| 518410582 | + | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |
| 518350578 | + | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518376696 | | Radiology Associates of Ridgewood, P.A., C Tech Nesconset Hwy- Ste 200, Mt Sinai, NY 11766 |
| 518350580 | + | Ridgewood Cardiology Assoc, 700 Godwin Ae., Suite 100, Midland Park, NJ 07432-1460 |
| 518350583 | + | Scott David Lippe MD, 230 E Ridgewood Ave Ste 6-2, Paramus, NJ 07652-4142 |
| 518350584 | + | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350586 | + | Specialized Loan Service, PO box 60535, City of Industry, CA 91716-0535 |
| 518350592 | + | TD AUTO FINANCE, PO BOX 9223, FARMINGTON HILLS, MI 48333-9223 |
| 518350593 | + | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 518350599 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518350594 | + | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350600 | | Transworld Systems, Inc., 1 Huntington Quadrangle,Suite 2S01, Melville, NY 11747-4438 |
| 518460997 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518350601 | + | Valley Emrg Room Assoc, PA, PO Box 13700-1173, Philadelphia, PA 19178-0001 |
| 518350602 | + | Valley Medical Group, ATTN #16605X, PO BOX 14000, Belfast, ME 04915-4033 |
| 518350603 | + | Valley Physician Services PC, DBA VALLEY MEDICAL GROUP, PO BOX 16605, Belfast, ME 04915-4061 |
| 518350604 | + | Vally Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350606 | + | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350554 | + | citymd, po box 791516, Baltimore, MD 21279-1516 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: 185 | Total Noticed: 63 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2020 22:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2020 22:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:12 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518350543 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 02 2020 22:42:00 | Allstate, ATTN. CCS Payment Processing Center, PO BOX 55126, Boston, MA 02205-5126 |
| 518350547 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 23:22:50 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350551 | + Email/Text: bankruptcy@cavps.com | Oct 02 2020 22:41:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2322 |
| 518350560 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2020 23:22:51 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518364960 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 02 2020 23:23:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518354817 | + Email/Text: bankruptcy@cavps.com | Oct 02 2020 22:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518466000 | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2020 22:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518350569 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 02 2020 22:40:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350571 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2020 23:22:56 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518350573 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2020 22:41:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |
| 518444174 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2020 22:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518350576 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 23:22:51 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518469213 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 23:22:25 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518455534 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 23:22:52 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518350581 | + Email/Text: bankruptcy@savit.com | Oct 02 2020 22:42:00 | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| 518350587 | + Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:13 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350588 | + Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:13 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350589 | + Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:13 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350590 | + Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:13 | SYNCHRONY BANK/PC RICHARDS & SONS, |

Case 19-23654-VFP    Doc 35    Filed 10/04/20    Entered 10/05/20 00:41:39    Desc Imaged
                    Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: 185 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350591 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:23:13 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518466612 | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 22:41:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518350780 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 23:22:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460107 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 02 2020 23:23:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518350572 | | Masonicus Run COA IN, Attn: Young and Ass. |
| cr | *+ | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |
| 518350538 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350539 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350540 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350541 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350537 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350545 | *+ | AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422-0287 |
| 518350548 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350549 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350550 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350552 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2322 |
| 518350559 | *+ | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518452971 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518350557 | *+ | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350566 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350567 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350570 | *+ | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350574 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |
| 518350575 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |
| 518350577 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518350579 | *+ | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518350582 | *+ | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| 518350585 | *+ | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350595 | *+ | The Valley Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350596 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350597 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350598 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350607 | *+ | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350555 | *+ | citymd, po box 791516, Baltimore, MD 21279-1516 |
| jdb | *+ | Deborah A. Schiffman-Lopusnak, 705 Desimone Court, Ramsey, NJ 07446-2807 |

TOTAL: 1 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2      User: admin      Page 4 of 4
Date Rcvd: Oct 02, 2020      Form ID: 185      Total Noticed: 63

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. et al... rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Daren Lopusnak ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Deborah A. Schiffman-Lopusnak ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Commisa | on behalf of Creditor Masonicus Run Condominium Association Inc. vcommisa@vdclaw.com |

TOTAL: 7