Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23654−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daren Lopusnak
   705 Desimone Court
   Ramsey, NJ 07446

   Deborah A. Schiffman−Lopusnak
   aka Deborah A. Schiffman, aka Deborah A.
   Lopusnak, aka Debbie A. Schiffman
   705 Desimone Court
   Ramsey, NJ 07446

Social Security No.:
  xxx−xx−8405                       xxx−xx−5234

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      7/20/23
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Low & Low
505 Main St.
Suite 304
Hackensack, NJ 07601

COMMISSION OR FEES
400.00

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: by $400.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 22, 2023
JAN: jf

Jeanne Naughton
Clerk