# LOW & LOW ATTORNEYS AT LAW, LLC

505 MAIN STREET, HACKENSACK, NEW JERSEY 07601    201-343-4040    FAX 201-488-5788

STANLEY W. LOW                                                                                          RUSSELL L. LOW

June 24, 2023

The Honorable Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

                Re:    ***Daren Lopusnak***
                        ***Deborah A. Schiffman-Lopusnak***
                        Chapter 13 Bankruptcy
                        Case No. 19-23654

Dear Judge Papalia:

      Please withdraw Docket No. 50.

      Thank you.

Very truly yours,

*Russell Low*

Russell L. Low, Esq.
RLL:mho