Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23654−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daren Lopusnak
705 Desimone Court
Ramsey, NJ 07446

Deborah A. Schiffman−Lopusnak
aka Deborah A. Schiffman, aka Deborah A.
Lopusnak, aka Debbie A. Schiffman
705 Desimone Court
Ramsey, NJ 07446

Social Security No.:
xxx−xx−8405                    xxx−xx−5234

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/20/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Low & Low
505 Main St.
Suite 304
Hackensack, NJ 07601

COMMISSION OR FEES
400.00

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: by $400.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 22, 2023
JAN: jf

                                                                           Jeanne Naughton
                                                                           Clerk

Case 19-23654-VFP    Doc 56    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
Certificate of Notice    Page 2 of 7

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-23654-VFP
Daren Lopusnak                                                                          Chapter 13
Deborah A. Schiffman-Lopusnak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5
Date Rcvd: Jun 22, 2023      Form ID: 137      Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren Lopusnak, Deborah A. Schiffman-Lopusnak, 705 Desimone Court, Ramsey, NJ 07446-2807 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518350535 | + | AFS LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518350542 | #+ | Allergy Asthma Comprehensive Care, 541 Cedar Hill Ave, Wyckoff, NJ 07481-2134 |
| 518350561 | + | CTECH COLL, ATTN: BANKRUPTCY DEPARTMENT, 5505 NESCONSET HWY, SUITE 200, MOUNT SINAI, NY 11766-2026 |
| 518350553 | + | City Medical of Upper East Side, PO BOX 117091, Atlanta, GA 30368-7091 |
| 518350556 | + | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350563 | + | Ent & Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518350564 | + | Garden State Orthopaedic Associates, 28-04 Broadway, Fair Lawn, NJ 07410-3920 |
| 518350568 | + | Kessler Institute for Rehabilitation, PO BOX 826775, Philadelphia, PA 19182-6775 |
| 518410582 | + | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |
| 518350578 | + | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518376696 |   | Radiology Associates of Ridgewood, P.A., C Tech Nesconset Hwy- Ste 200, Mt Sinai, NY 11766 |
| 518350580 | + | Ridgewood Cardiology Assoc, 700 Godwin Ae., Suite 100, Midland Park, NJ 07432-1460 |
| 518350583 | + | Scott David Lippe MD, 230 E Ridgewood Ave Ste 6-2, Paramus, NJ 07652-4142 |
| 518350584 | + | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350593 | + | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 518350594 | + | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350600 |   | Transworld Systems, Inc., 1 Huntington Quadrangle, Suite 2S01, Melville, NY 11747-4438 |
| 518350601 | + | Valley Emrg Room Assoc, PA, PO Box 13700-1173, Philadelphia, PA 19178-0001 |
| 518350602 | + | Valley Medical Group, ATTN #16605X, PO BOX 14000, Belfast, ME 04915-4033 |
| 518350603 | + | Valley Physician Services PC, DBA VALLEY MEDICAL GROUP, PO BOX 16605, Belfast, ME 04915-4061 |
| 518350604 | + | Vally Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350606 | + | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350554 | + | citymd, po box 791516, Baltimore, MD 21279-1516 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 21:15:37 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518350536 | ^ | MEBN | | |

Case 19-23654-VFP    Doc 56    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
                     Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 137 | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| | | Jun 22 2023 20:58:11 | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350544 | Email/Text: collectors@arresourcesinc.com | Jun 22 2023 21:07:00 | AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422 |
| 518350546 | Email/Text: collectors@arresourcesinc.com | Jun 22 2023 21:07:00 | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422 |
| 518350543 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 22 2023 21:08:00 | Allstate, ATTN. CCS Payment Processing Center, PO BOX 55126, Boston, MA 02205-5126 |
| 518350547 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 22 2023 21:26:16 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350551 | + Email/Text: bankruptcy@cavps.com | Jun 22 2023 21:08:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518428624 | Email/Text: BKPT@cfna.com | Jun 22 2023 21:06:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518350558 | + Email/Text: BKPT@cfna.com | Jun 22 2023 21:06:00 | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518350560 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2023 21:15:26 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518364960 | + Email/PDF: ebn_ais@aisinfo.com | Jun 22 2023 21:15:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518452970 | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518354817 | + Email/Text: bankruptcy@cavps.com | Jun 22 2023 21:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518350605 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2023 21:26:20 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518466000 | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2023 21:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518350565 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 22 2023 21:09:00 | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350569 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 22 2023 21:06:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350562 | Email/Text: govtaudits@labcorp.com | Jun 22 2023 21:07:00 | Dianon Pathology, PO BOX 2240, Burlington, NC 27216 |
| 518350571 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 21:15:28 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518350573 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2023 21:08:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518444174 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2023 21:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518350576 | + Email/PDF: rmscedi@recoverycorp.com | Jun 22 2023 21:15:14 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518469213 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:15:22 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518455534 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:15:14 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA |

Case 19-23654-VFP  Doc 56  Filed 06/24/23  Entered 06/25/23 00:17:16  Desc Imaged
Certificate of Notice  Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 137 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518350581 | + | Email/Text: bankruptcy@savit.com | Jun 22 2023 21:08:00 | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| | | | | 23541 |
| 518350587 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 20:58:37 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350588 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 21:15:12 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350589 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 20:58:37 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350590 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 20:58:18 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350591 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 20:58:37 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518466612 | + | Email/Text: bncmail@w-legal.com | Jun 22 2023 21:08:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518350586 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 22 2023 21:07:00 | Specialized Loan Service, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518350780 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 20:58:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518350592 | + | Email/Text: jaxbanko@td.com | Jun 22 2023 21:05:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON HILLS, MI 48333-9223 |
| 518350593 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 22 2023 21:07:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 518350599 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 22 2023 21:07:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518460997 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 22 2023 21:08:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518460107 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2023 21:15:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518350572 | | Masonicus Run COA IN, Attn: Young and Ass. |
| cr | *+ | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |
| 518350537 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350538 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350539 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350540 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350541 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350545 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422 |
| 518350548 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350549 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

Case 19-23654-VFP    Doc 56    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 137 | Total Noticed: 64 |

| | | |
|---|---|---|
| 518350550 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350552 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518350559 | *+ | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518452971 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518350557 | *+ | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350566 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350567 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350570 | *+ | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350574 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518350575 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518350577 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518350579 | *+ | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518350582 | *+ | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| 518350585 | *+ | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350595 | *+ | The Valley Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350596 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350597 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350598 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350607 | *+ | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350555 | *+ | citymd, po box 791516, Baltimore, MD 21279-1516 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Daren Lopusnak ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Deborah A. Schiffman-Lopusnak ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Commisa | on behalf of Creditor Masonicus Run Condominium Association  Inc. vcommisa@vdclaw.com |

District/off: 0312-2 User: admin Page 5 of 5
Date Rcvd: Jun 22, 2023 Form ID: 137 Total Noticed: 64
TOTAL: 7