| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>DARREN LOPUSNAK<br>DEBORAH A. SHIFFMAN LOPUSNAK<br><br>Debtor(s) |

Order Filed on July 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-23654

Chapter 13

Judge: The Honorable Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 10, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

    X     through the Chapter 13 plan as an administrative priority.

    ___     outside the plan.

The debtor's monthly plan is modified to require a payment of $342.00 per month for 13 months starting July 1, 2023 to allow for payment of the above fee.