| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6, U.S. Bank National Association, as Trustee* | |
| In Re:<br><br>Daren Lopusnak<br><br>Deborah A. Schiffman-Lopusnak aka Deborah A. Schiffman aka Deborah A. Lopusnak aka Debbie A. Schiffman<br><br>                Debtor(s). | Case No.: 19-23654<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Shellpoint Mortgage Servicing as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6, U.S. Bank National Association, as Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
           Hill Wallack LLP
           21 Roszel Road, P.O. Box 5226
           Princeton, NJ 08543

    DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By: */s/ Aleisha C. Jennings*

Dated: August 6, 2024

*new.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6, U.S. Bank National Association, as Trustee* | |
| In Re:<br><br>Daren Lopusnak<br><br>Deborah A. Schiffman-Lopusnak aka Deborah A. Schiffman aka Deborah A. Lopusnak aka Debbie A. Schiffman<br><br>                Debtor(s). | Case No.: 1923654<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Michael Hartmann:

    ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

2. On August 6, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                    */s/ Michael Hartmann*

Dated: August 6, 2024                                                 Michael Hartmann

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daren Lopusnak<br>705 Desimone Court<br>Ramsey, NJ 07446 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Deborah A. Schiffman-Lopusnak<br>705 Desimone Court<br>Ramsey, NJ 07446 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Russell L. Low<br>Low & Low<br>505 Main St. Suite 304<br>Hackensack, NJ 07601 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.