UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Debtor(s)

| | |
|---|---|
| In Re:<br><br>Daren Lopusnak and Deborah A. Schiffman-Lopusnak | Case No.:           19-23654<br><br>Judge:                  VFP<br><br>Chapter:             13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for          10/03/24          , at  10:00 a.m.  .

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The debtor is respectfully requesting the opportunity to pay $75.93 balance to complete to the trustee tomorrow, 09/27/24.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 09/26/2024                                 /s/ Daren Lopusnak
                                                 Debtor's Signature

Date: 09/26/2024                                 /s/ DeborahASchiffman-Lopusnak
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*