Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 8, 2024

**Chapter 13 Case # 19-23654**

| Re: | DAREN LOPUSNAK | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | DEBORAH A. SCHIFFMAN-LOPUSNAK | | LOW & LOW ESQS |
| | 705 DESIMONE COURT | | 505 MAIN STREET, SUITE 304 |
| | RAMSEY, NJ  07446 | | HACKENSACK, NJ  07601 |

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,057.26**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2019 | $179.00 | 6058528000 | 09/03/2019 | $179.00 | 6144825000 |
| 10/02/2019 | $179.00 | 6223440000 | 11/04/2019 | $179.00 | 6302715000 |
| 12/02/2019 | $179.00 | 6374185000 | 01/06/2020 | $179.00 | 6460790000 |
| 02/04/2020 | $179.00 | 6534845000 | 03/02/2020 | $179.00 | 6605881000 |
| 04/02/2020 | $179.00 | 6682547000 | 05/04/2020 | $179.00 | 6764245000 |
| 06/02/2020 | $179.00 | 6836821000 | 07/06/2020 | $179.00 | 6920081000 |
| 08/04/2020 | $179.00 | 6990971000 | 09/08/2020 | $179.00 | 7069141000 |
| 10/05/2020 | $179.00 | 7137729000 | 11/03/2020 | $266.07 | 7207792000 |
| 12/07/2020 | $266.07 | 7289808000 | 01/05/2021 | $266.07 | 7356817000 |
| 02/08/2021 | $266.07 | 7438847000 | 03/08/2021 | $266.07 | 7509100000 |
| 04/05/2021 | $266.07 | 7579088000 | 05/06/2021 | $281.33 | 7655229000 |
| 06/07/2021 | $281.33 | 7724963000 | 07/06/2021 | $281.33 | 7790691000 |
| 08/06/2021 | $281.33 | 7864148000 | 09/07/2021 | $281.33 | 7931878000 |
| 10/04/2021 | $281.33 | 7993083000 | 11/08/2021 | $281.33 | 8068710000 |
| 12/06/2021 | $281.33 | 8130810000 | 01/10/2022 | $281.33 | 8199943000 |
| 02/07/2022 | $281.33 | 8259957000 | 03/07/2022 | $281.33 | 8325459000 |
| 04/06/2022 | $281.33 | 8389197000 | 05/09/2022 | $281.33 | 8456414000 |
| 06/06/2022 | $281.33 | 8513469000 | 07/05/2022 | $281.33 | 8570889000 |
| 08/08/2022 | $281.33 | 8636982000 | 09/06/2022 | $281.33 | 8692409000 |
| 10/11/2022 | $281.33 | 8759364000 | 11/07/2022 | $281.33 | 8814181000 |
| 12/12/2022 | $281.33 | 8877116000 | 01/09/2023 | $281.33 | 8928882000 |
| 02/06/2023 | $281.33 | 8983476000 | 03/06/2023 | $281.33 | 9039789000 |
| 04/10/2023 | $281.33 | 9103525000 | 05/08/2023 | $281.33 | 9155481000 |
| 06/05/2023 | $281.33 | 9204868000 | 07/10/2023 | $281.33 | 9265085000 |
| 08/14/2023 | $342.00 | 9328163000 | 09/18/2023 | $342.00 | 9383669000 |
| 10/10/2023 | $342.00 | 9421638000 | 11/20/2023 | $342.00 | 9491972000 |
| 12/26/2023 | $342.00 | 9547001000 | 01/29/2024 | $342.00 | 9601988000 |
| 02/29/2024 | $342.00 | 9655308000 | 03/29/2024 | $342.00 | 9706738000 |
| 04/23/2024 | $342.00 | 9747821000 | 05/28/2024 | $342.00 | 9803541000 |

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/24/2024 | $342.00 | 9847714000 | 07/22/2024 | $342.00 | 9892938000 |
| 09/30/2024 | $75.93 | 1000013600 | | | |

**Total Receipts: $16,057.26 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,057.26**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 986.76 | |
| ATTY | ATTORNEY | ADMIN | 4,950.00 | 100.00% | 4,950.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | SELECT MEDICAL | UNSECURED | 1,186.13 | * | 0.00 | |
| 0005 | AR RESOURCES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ALLERGY ASTHMA COMPREHENSIVE CA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ALLSTATE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK NA | UNSECURED | 1,876.48 | * | 5.89 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 1,298.99 | * | 0.00 | |
| 0010 | CREDIT FIRST | UNSECURED | 1,206.83 | * | 0.00 | |
| 0011 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CTECH COLL | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITY MEDICAL OF UPPER EAST SIDE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COHEN DERMATOPATHOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DIANON PATHOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | ENT & ALLERGY ASSOCIATES, LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | GARDEN STATE ORTHOPAEDIC ASSOCIAT | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | JN PORTFOLIO DEBT EQUITIES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CAPITAL ONE, N.A. | UNSECURED | 562.88 | * | 0.00 | |
| 0020 | KESSLER INSTITUTE FOR REHABILITATIO | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MIDLAND FUNDING LLC | UNSECURED | 439.60 | * | 0.00 | |
| 0023 | MASONICUS RUN CONDOMINIUM ASSOC | SECURED | 6,041.11 | 100.00% | 6,041.11 | |
| 0024 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CTECH COLL | UNSECURED | 246.90 | * | 0.00 | |
| 0026 | RIDGEWOOD CARDIOLOGY ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | MIDLAND FUNDING LLC | UNSECURED | 711.24 | * | 0.00 | |
| 0033 | SCOTT DAVID LIPPE MD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SOVEREIGN MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 2,389.10 | 100.00% | 2,389.10 | |
| 0037 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,442.32 | * | 0.00 | |
| 0044 | VALLEY EMRG ROOM ASSOC, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | VALLEY MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | VALLEY PHYSICIAN SERVICES PC | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | VALLY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | WESTWOOD DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CITYMD | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | CAVALRY SPV I LLC | UNSECURED | 4,065.74 | * | 12.75 | |

Chapter 13 Case # 19-23654

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---:|
| 0053 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK NA | UNSECURED | 2,413.32 | * | 7.57 | |
| 0056 | CAPITAL ONE BANK NA | UNSECURED | 3,053.65 | * | 9.58 | |
| 0057 | WESTWOOD DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | VALLY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SOVEREIGN MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | RADIOLOGY ASSOC. OF RIDGEWOOD | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 928.89 | * | 0.00 | |
| 0067 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | MIDLAND FUNDING LLC | UNSECURED | 2,978.82 | * | 9.34 | |
| 0069 | CAPITAL ONE, N.A. | UNSECURED | 677.19 | * | 0.00 | |
| 0070 | JN PORTFOLIO DEBT EQUITIES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | JN PORTFOLIO DEBT EQUITIES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | CREDIT FIRST | UNSECURED | 1,246.77 | * | 0.00 | |
| 0073 | COHEN DERMATOPATHOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | CITYMD | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | AFS/AMERIFINANCIAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 680.22 | * | 0.00 | |
| 0082 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 539.49 | * | 0.00 | |
| 0083 | VINCENT D. COMMISA, ESQ. | SECURED | 1,000.00 | 100.00% | 1,000.00 | |
| 0084 | SHELLPOINT MORTGAGE SERVICING | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

Total Paid: $15,950.10
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---:|---|
| CAPITAL ONE BANK NA | | | | | | | |
| | 09/16/2024 | $5.89 | 933394 | | 09/16/2024 | $7.57 | 933394 |
| | 09/16/2024 | $9.58 | 933394 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 09/16/2024 | $12.75 | 933406 | | | | |
| MASONICUS RUN CONDOMINIUM ASSOCIATION, INC. | | | | | | | |
| | 08/16/2021 | $25.07 | 875993 | | 08/16/2021 | $151.45 | 875993 |
| | 09/20/2021 | $28.04 | 877748 | | 09/20/2021 | $169.41 | 877748 |
| | 10/18/2021 | $28.04 | 879493 | | 10/18/2021 | $169.41 | 879493 |
| | 11/17/2021 | $171.21 | 881204 | | 11/17/2021 | $28.34 | 881204 |
| | 12/03/2021 | ($25.07) | 875993 | | 12/03/2021 | ($151.45) | 875993 |
| | 12/13/2021 | $286.28 | 882823 | | 01/10/2022 | $172.41 | 884471 |
| | 02/14/2022 | $172.41 | 886184 | | 03/14/2022 | $172.41 | 887882 |
| | 04/18/2022 | $175.13 | 889618 | | 05/16/2022 | $175.13 | 891305 |
| | 06/20/2022 | $175.13 | 893008 | | 07/18/2022 | $175.13 | 894683 |
| | 08/15/2022 | $175.13 | 896267 | | 09/19/2022 | $175.13 | 897884 |
| | 10/17/2022 | $175.13 | 899531 | | 11/14/2022 | $171.50 | 901100 |

**Chapter 13 Case # 19-23654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/12/2022 | $171.50 | 902649 | | 02/13/2023 | $343.01 | 905686 |
| | 03/13/2023 | $171.50 | 907289 | | 04/17/2023 | $171.50 | 908903 |
| | 05/15/2023 | $171.50 | 910484 | | 06/12/2023 | $169.68 | 911964 |
| | 08/14/2023 | $69.94 | 915005 | | 09/18/2023 | $177.40 | 916502 |
| | 11/13/2023 | $351.95 | 919420 | | 01/08/2024 | $174.55 | 922201 |
| | 02/12/2024 | $174.55 | 923578 | | 03/11/2024 | $174.55 | 925012 |
| | 04/15/2024 | $174.55 | 926470 | | 05/10/2024 | $174.55 | 927907 |
| | 06/17/2024 | $174.55 | 929354 | | 07/15/2024 | $174.55 | 930790 |
| | 08/19/2024 | $174.55 | 932239 | | 09/16/2024 | $135.78 | 933665 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/16/2024 | $9.34 | 932975 | | | | |
| SHELLPOINT MORTGAGE SERVICING | | | | | | | |
| | 09/16/2024 | $78.32 | 933874 | | 09/16/2024 | $119.36 | 933874 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 08/16/2021 | $59.89 | 875515 | | 09/20/2021 | $67.00 | 877238 |
| | 10/18/2021 | $67.00 | 879022 | | 11/17/2021 | $67.71 | 880721 |
| | 12/13/2021 | $110.11 | 882351 | | 01/10/2022 | $66.32 | 884010 |
| | 02/14/2022 | $66.32 | 885692 | | 03/14/2022 | $66.32 | 887404 |
| | 04/18/2022 | $67.36 | 889083 | | 05/16/2022 | $67.36 | 890809 |
| | 06/20/2022 | $67.36 | 892474 | | 07/18/2022 | $67.36 | 894213 |
| | 08/15/2022 | $67.36 | 895774 | | 09/19/2022 | $67.36 | 897370 |
| | 10/17/2022 | $67.36 | 899035 | | 11/14/2022 | $65.97 | 900608 |
| | 12/12/2022 | $65.97 | 902176 | | 02/13/2023 | $131.94 | 905168 |
| | 03/13/2023 | $65.97 | 906787 | | 04/17/2023 | $65.97 | 908352 |
| | 05/15/2023 | $65.97 | 909980 | | 06/12/2023 | $65.27 | 911437 |
| | 08/14/2023 | $26.90 | 914464 | | 08/14/2023 | $17.65 | 914464 |
| | 09/18/2023 | $68.24 | 915956 | | 09/18/2023 | $44.78 | 915956 |
| | 11/13/2023 | $88.83 | 918881 | | 11/13/2023 | $135.37 | 918881 |
| | 01/08/2024 | $67.14 | 921700 | | 01/08/2024 | $44.06 | 921700 |
| | 02/12/2024 | $44.06 | 923033 | | 02/12/2024 | $67.14 | 923033 |
| | 03/11/2024 | $67.14 | 924492 | | 03/11/2024 | $44.06 | 924492 |
| | 04/15/2024 | $44.06 | 925908 | | 04/15/2024 | $67.14 | 925908 |
| | 05/10/2024 | $44.06 | 927404 | | 05/10/2024 | $67.14 | 927404 |
| | 06/17/2024 | $67.14 | 928780 | | 06/17/2024 | $44.06 | 928780 |
| | 07/15/2024 | $67.14 | 930272 | | 07/15/2024 | $44.06 | 930272 |
| | 08/19/2024 | $67.14 | 931663 | | 08/19/2024 | $44.05 | 931663 |
| | 09/04/2024 | ($67.14) | 931663 | | 09/04/2024 | ($44.05) | 931663 |
| VINCENT D. COMMISA, ESQ. | | | | | | | |
| | 12/13/2021 | $47.39 | 883459 | | 01/10/2022 | $28.54 | 885104 |
| | 02/14/2022 | $28.54 | 886842 | | 03/14/2022 | $28.54 | 888508 |
| | 04/18/2022 | $28.99 | 890288 | | 05/16/2022 | $28.99 | 891917 |
| | 06/20/2022 | $28.99 | 893678 | | 07/18/2022 | $28.99 | 895297 |
| | 08/15/2022 | $28.99 | 896842 | | 09/19/2022 | $28.99 | 898531 |
| | 10/17/2022 | $28.99 | 900130 | | 11/14/2022 | $28.39 | 901702 |
| | 12/12/2022 | $28.39 | 903224 | | 02/13/2023 | $56.78 | 906311 |
| | 03/13/2023 | $28.39 | 907877 | | 04/17/2023 | $28.39 | 909542 |
| | 05/15/2023 | $28.39 | 911028 | | 06/12/2023 | $28.09 | 912543 |
| | 08/14/2023 | $11.58 | 915534 | | 09/18/2023 | $29.36 | 917066 |
| | 11/13/2023 | $58.26 | 919943 | | 01/08/2024 | $28.89 | 922690 |
| | 02/12/2024 | $28.89 | 924129 | | 03/11/2024 | $28.89 | 925545 |
| | 04/15/2024 | $28.89 | 927048 | | 05/10/2024 | $28.90 | 928423 |
| | 06/17/2024 | $28.89 | 929939 | | 07/15/2024 | $28.90 | 931306 |
| | 08/19/2024 | $28.89 | 932819 | | 09/16/2024 | $22.48 | 934173 |

**Chapter 13 Case # 19-23654**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: October 08, 2024. |
| Receipts: $16,057.26    -    Paid to Claims: $10,013.34    -    Admin Costs Paid: $5,936.76    =    Funds on Hand: $107.16 |
| Base Plan Amount: $16,057.26    -    Receipts: $16,057.26    =    Total Unpaid Balance: **$0.00 |

**\*\*NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.