Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23654−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daren Lopusnak | Deborah A. Schiffman−Lopusnak |
| 705 Desimone Court | aka Deborah A. Schiffman, aka Deborah A. |
| Ramsey, NJ 07446 | Lopusnak, aka Debbie A. Schiffman |
| | 705 Desimone Court |
| | Ramsey, NJ 07446 |

Social Security No.:
  xxx−xx−8405                                    xxx−xx−5234

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: Daren Lopusnak and Deborah A. Schiffman−Lopusnak
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 28, 2024
JAN: dlr

Jeanne Naughton, Clerk