| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Daren  Lopusnak | Case No.:  19-23654<br><br>Chapter:  13<br><br>Judge:  VFP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Daren  Lopusnak _____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _11-5-24_                     _____
                                    Debtor's Signature

**IMPORTANT:**

•   **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

•   **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*