**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daren Lopusnak<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8405<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deborah A. Schiffman–Lopusnak<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5234<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  19–23654–VFP

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daren Lopusnak

Deborah A. Schiffman–Lopusnak
aka Deborah A. Schiffman, aka Deborah A. Lopusnak, aka Debbie A. Schiffman

12/12/24

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-23654-VFP

Daren Lopusnak                                                                                       Chapter 13

Deborah A. Schiffman-Lopusnak

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 5
Date Rcvd: Dec 12, 2024          Form ID: 3180W          Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren Lopusnak, Deborah A. Schiffman-Lopusnak, 705 Desimone Court, Ramsey, NJ 07446-2807 |
| cr | + | Credit Suisse First Boston Mortgage Securities Cor, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 518350535 | + | AFS LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518350561 | + | CTECH COLL, ATTN: BANKRUPTCY DEPARTMENT, 5505 NESCONSET HWY, SUITE 200, MOUNT SINAI, NY 11766-2026 |
| 518350553 | + | City Medical of Upper East Side, PO BOX 117091, Atlanta, GA 30368-7091 |
| 518350556 | + | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350563 | + | Ent & Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518350564 | + | Garden State Orthopaedic Associates, 28-04 Broadway, Fair Lawn, NJ 07410-3920 |
| 518350565 | + | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350568 | + | Kessler Institute for Rehabilitation, PO BOX 826775, Philadelphia, PA 19182-6775 |
| 518410582 | + | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |
| 518350578 | + | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518376696 | | Radiology Associates of Ridgewood, P.A., C Tech Nesconset Hwy- Ste 200, Mt Sinai, NY 11766 |
| 518350580 | #+ | Ridgewood Cardiology Assoc, 700 Godwin Ae., Suite 100, Midland Park, NJ 07432-1460 |
| 518350583 | + | Scott David Lippe MD, 230 E Ridgewood Ave Ste 6-2, Paramus, NJ 07652-4142 |
| 518350584 | + | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350594 | + | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350600 | | Transworld Systems, Inc., 1 Huntington Quadrangle,Suite 2S01, Melville, NY 11747-4438 |
| 518350601 | + | Valley Emrg Room Assoc, PA, PO Box 13700-1173, Philadelphia, PA 19178-0001 |
| 518350602 | + | Valley Medical Group, ATTN #16605X, PO BOX 14000, Belfast, ME 04915-4033 |
| 518350603 | + | Valley Physician Services PC, DBA VALLEY MEDICAL GROUP, PO BOX 16605, Belfast, ME 04915-4061 |
| 518350604 | + | Vally Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350606 | + | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350554 | + | citymd, po box 791516, Baltimore, MD 21279-1516 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2024 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2024 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 12 2024 20:58:21 | Specialized Loan Servicing LLC, P.O. Box |

Case 19-23654-VFP    Doc 77    Filed 12/14/24    Entered 12/15/24 00:19:27    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| cr | ^ MEBN | | 340514, Tampa, FL 33694-0514 |
| | | Dec 12 2024 20:58:34 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518350536 | ^ MEBN | Dec 12 2024 20:57:07 | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350544 | Email/Text: collectors@arresourcesinc.com | Dec 12 2024 21:11:00 | AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422 |
| 518350546 | Email/Text: collectors@arresourcesinc.com | Dec 12 2024 21:11:00 | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422 |
| 518350543 | + EDI: CCS.COM | Dec 13 2024 01:41:00 | Allstate, ATTN. CCS Payment Processing Center, PO BOX 55126, Boston, MA 02205-5126 |
| 518350547 | + EDI: CAPITALONE.COM | Dec 13 2024 01:41:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350551 | + Email/Text: bankruptcy@cavps.com | Dec 12 2024 21:13:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518428624 | EDI: CRFRSTNA.COM | Dec 13 2024 01:41:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518350558 | + EDI: CRFRSTNA.COM | Dec 13 2024 01:41:00 | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518350560 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2024 21:17:34 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518364960 | + EDI: AIS.COM | Dec 13 2024 01:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518452970 | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:28:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518354817 | + Email/Text: bankruptcy@cavps.com | Dec 12 2024 21:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 520371204 | + Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 21:11:00 | Credit Suisse First Boston Mortgage Securit, ies Corp., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520371205 | + Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 21:11:00 | Credit Suisse First Boston Mortgage Securit, ies Corp., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Credit Suisse First Boston Mortgage Secu 29603-0826 |
| 518350605 | EDI: CITICORP | Dec 13 2024 01:41:00 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518466000 | EDI: Q3G.COM | Dec 13 2024 01:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518350569 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2024 21:10:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350562 | Email/Text: govtaudits@labcorp.com | Dec 12 2024 21:11:00 | Dianon Pathology, PO BOX 2240, Burlington, NC 27216 |
| 518350571 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:23 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518350573 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 21:13:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518444174 | + Email/Text: bankruptcydpt@mcmcg.com | | |

| Case 19-23654-VFP | Doc 77 | Filed 12/14/24 | Entered 12/15/24 00:19:27 | Desc Imaged |
| Certificate of Notice | | Page 5 of 7 | | |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 12 2024 21:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518350576 | + | EDI: PRA.COM | Dec 13 2024 01:41:00 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518469213 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518455534 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518350581 | + | Email/Text: bankruptcy@savit.com | Dec 12 2024 21:13:00 | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| 518350587 | + | EDI: SYNC | Dec 13 2024 01:41:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350588 | + | EDI: SYNC | Dec 13 2024 01:41:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350589 | + | EDI: SYNC | Dec 13 2024 01:41:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350590 | + | EDI: SYNC | Dec 13 2024 01:41:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518350591 | + | EDI: SYNC | Dec 13 2024 01:41:00 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518466612 | + | Email/Text: bncmail@w-legal.com | Dec 12 2024 21:13:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518350586 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 21:11:00 | Specialized Loan Service, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518350780 | ^ | MEBN | Dec 12 2024 20:58:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518350592 | + | EDI: LCITDAUTO | Dec 13 2024 01:41:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON HILLS, MI 48333-9223 |
| 518350593 | + | EDI: Q3GTBI | Dec 13 2024 01:41:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 518350599 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 12 2024 21:12:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 518460997 | | EDI: USBANKARS.COM | Dec 13 2024 01:41:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518460107 | + | EDI: AIS.COM | Dec 13 2024 01:41:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518350572 | | Masonicus Run COA IN, Attn: Young and Ass. |
| cr | *+ | Masonicus Run Condominium Association, Inc., c/o Vincent D. Commisa, Esq., 20 Manger Road, West Orange, NJ 07052-1708 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 66 |

| | | |
|---|---|---|
| 518350537 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350538 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350539 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350540 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350541 | *+ | AFS/AMERIFINANCIAL SOLUTIONS, LLC., PO BOX 65018, BALTIMORE, MD 21264-5018 |
| 518350545 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA 19422 |
| 518350548 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350549 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350550 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518350552 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518350559 | *+ | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518452971 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518350557 | *+ | Cohen Dermatopathology, PO BOX 414913, Boston, MA 02241-4913 |
| 518350566 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350567 | *+ | JN PORTFOLIO DEBT EQUITIES, LLC, ATTN: BANKRUPTCY, 5757 PHANTOM DR. STE 225, HAZELWOOD, MO 63042-2429 |
| 518350570 | *+ | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518350574 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518350575 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518350577 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518350579 | *+ | Radiology Assoc. of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518350582 | *+ | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |
| 518350585 | *+ | Sovereign Medical Group, Patient Bill Processing Center, PO BOX 791486, Baltimore, MD 21279-1486 |
| 518350595 | *+ | The Valley Hospital, PO BOX 18998, Newark, NJ 07191-8998 |
| 518350596 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350597 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350598 | *+ | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518350607 | *+ | Westwood Dermatology Group, 390 Old Hook Rd, Westwood, NJ 07675-2621 |
| 518350555 | *+ | citymd, po box 791516, Baltimore, MD 21279-1516 |
| 518350542 | ##+ | Allergy Asthma Comprehensive Care, 541 Cedar Hill Ave, Wyckoff, NJ 07481-2134 |

TOTAL: 1 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kimberly A. Wilson | |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 66

| | |
|---|---|
| | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6, U.S. Bank National Association, as Trustee kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Deborah A. Schiffman-Lopusnak ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Daren Lopusnak ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Commisa | on behalf of Creditor Masonicus Run Condominium Association  Inc. vcommisa@vdclaw.com |

TOTAL: 9