Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23654−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daren Lopusnak | Deborah A. Schiffman−Lopusnak |
| 705 Desimone Court | aka Deborah A. Schiffman, aka Deborah A. |
| Ramsey, NJ 07446 | Lopusnak, aka Debbie A. Schiffman |
| | 705 Desimone Court |
| | Ramsey, NJ 07446 |

Social Security No.:
  xxx−xx−8405                                                                  xxx−xx−5234

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 14, 2025          Vincent F. Papalia
                                 Judge, United States Bankruptcy Court